■ PEOPLE v VELL KEITH SMITHERS, Defendant.—Motion to extend time to seek leave to appeal denied as unnecessary. Memorandum: Defendant's motion for leave to extend his time to move for leave to appeal from the order denying his motion made pursuant to CPL 440.10 is denied as unnecessary. The District Attorney has not served the order upon defendant and until the order is served, defendant's time to move for leave to appeal will not begin to run. Present—Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.

■ PEOPLE v ERNEST PAGE, Defendant.—Motion to extend time to take appeal granted upon condition that notice of appeal is filed and served on or before December 16, 1991. Memorandum: We remind defense counsel that the written notice required by 22 NYCRR 1022.11 (a) should be given to defendant immediately after the imposition of sentence. Mailing the notice directly to defendant's home address when defendant is incarcerated constitutes improper conduct of counsel. Present—Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.